USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARIONEX TORRES,

               Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

20-CV-6903 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2022, Plaintiff filed a motion for attorney's fees, Dkt. 28.

IT IS HEREBY ORDERED that by no later than **Friday, February 11, 2022**, Plaintiff must file a proposed order granting the motion. Plaintiff must also email Chambers a Microsoft Word version of the proposed order.

IT IS FURTHER ORDERED that Defendant's response in opposition, if any, is due no later than **Friday, March 4, 2022**. If Defendant does not respond, the Court will consider the motion unopposed and will grant the motion. Any reply in support of the motion is due no later than **Friday, March 11, 2022**.

**SO ORDERED.**

**Dated: February 8, 2022**
      New York, NY

                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**