USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARIONEX TORRES,

          Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

20-CV-6903 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 7, 2022, Plaintiff filed a motion for attorney's fees, Dkt. 28;

    WHEREAS on February 8, 2022, the Court ordered Defendant to respond in opposition to the motion by no later than Friday, March 4, 2022, Dkt. 31;

    WHEREAS the Court informed Defendant that if it did not respond by the deadline, the Court would consider the motion unopposed and would grant the motion, *id.*; and

    WHEREAS Defendant did not respond to Plaintiff's motion by the deadline.

    IT IS HEREBY ORDERED that, having reviewed Plaintiff's motion seeking an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412, as well as the Exhibits submitted in support thereof, the motion for Equal Access to Justice fees in the amount of $8,573.80 is GRANTED.

    The Clerk of Court is respectfully directed to close the open motion at docket entry 28.

**SO ORDERED.**

**Dated: March 7, 2022**
       **New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**